UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _Knox Co._

FILED
MAY 15 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

_Shaquil Murphy_ )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

_Morningside Hills Apt._ )
_David Gilette_ )
_Howard Crow_ )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO ( )

   B.  If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to the previous lawsuit:

         Plaintiffs: _____
         _____

         Defendants: _____
         _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

   _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Knox County Jail

   A. Is there a prisoner grievance procedure in this institution? YES ( ) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

   C. If your answer is YES,

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer to B is NO, explain why not. This is an outside matter, However it relates to my case in criminal court

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO (✓)

   F. If your answer is YES,

      1. What steps did you take? _____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Shaquil Murphy

Present address: 5001 Maloneyville rd. Knoxville, TN 37918

Permanent home address: 45 Rossfield cove. Apt Right Jackson, TN 38305

Address of nearest relative: 908 Knoxville College Dr. Knoxville, TN 37921

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: William Crow

Official position: Maintance worker

Place of employment: Morningside Hill Apartments

C. Additional defendants: David Gilette Manager and Owner of Morningside Apartments

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On August 29th 2019 I was shot by Mr. William Crow on the property of Morningside Hill Apartments.

3

Mr. Crow works and also is a tenant of the Apartment complex. On the premises of the apartment states "No weapons beyond this point" Mr. David Gilette is the manager and owner of the building complex. Therefor Mr. Crow was aware of policy. Also Mr. Crow willingily went to his vechile to retrieve his weapon and engaged in gunfire towards me. Disregaurding any policy that were in place by his company. let the record reflect that I was shot in my back.
I would also add to Amend the complaint to add assult count.

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I want Mr. Gilette and Mr. Cross to be Subpheona to Court for the purpose of litigation

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _Twenty Second_ day of _February_, 20_20_.

_____
Signature of plaintiff(s)

5

Shoqu T Murph #310815
KCJ
5001 Maloneyville Rd.
Knoxville, TN 37918

RECEIVED
MAY 15 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

KNOXVILLE TN
06 MAY 2020 PM 2 L
FOREVER / USA    FOREVER / USA

INSPECTED

Sender is an inmate of
Correctional Facility

Knox Co.
800 Market Street
Knoxville, TN 37902