UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHAQUIL MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-CV-208 |
| ) | Chief Judge Pamela L. Reeves |
| ) | |
| MORNINGSIDE HILLS APARTMENTS, ) | |
| DAVID GILETTE, and WILLIAM CROW, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Debra C. Poplin [R. 7]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's recommendation that Plaintiff's Application to Proceed in Forma Pauperis [R. 3] be **GRANTED**, that Plaintiff's Amended Complaint [R. 4] be **DISMISSED** without prejudice for lack of subject matter jurisdiction, and that because Plaintiff is a prisoner, he be assessed the civil filing fee of $400. See 28 U.S.C. § 1915(b)(1).

Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [R. 7] under 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). It is **ORDERED,** for the reasons

stated in the Report and Recommendation [R. 7], which the Court adopts and incorporates into its ruling, that Plaintiff's Amended Complaint [R. 4] be **DISMISSED** without prejudice, that the application for in forma pauperis status [R. 3] be **GRANTED**, and that Plaintiff be assessed the civil filing fee of $400.

Further, plaintiff is **ORDERED** to immediately inform the court and the other parties or their counsel of record of any address changes in writing. Pursuant to Local Rule 83.13, it is the duty of a pro se party to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. E.D. Tenn. L.R. 83.13. Failure to provide a correct address to this court within fourteen (14) days of any change in address may result in the dismissal of this action.

Enter:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**